JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CECILIA RODRIGUEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 2:24-cv-10660-SRM-E<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE [32]** |

On October 15, 2025, Plaintiff Ana Ventura filed a Request to Dismiss the Case without prejudice pursuant to Federal Rule of Procedure 41(a)(2). *See* Dkt. 32. Based on Plaintiff's request, the Court hereby **ORDERS** that the entire action be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: October 16, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. SERENA R. MURILLO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE